*G. Fischer, Ewing La Porte* and *Geoffrey Creyke, Jr.* for respondents.

No. 160.  LAVENDER, ADMINISTRATOR, *v.* ILLINOIS CENTRAL RAILROAD Co.  Supreme Court of Missouri.  Certiorari denied.  *N. Murry Edwards* for petitioner.  *Wm. R. Gentry, C. A. Helsell* and *John W. Freels* for respondent.

No. 161.  GREEN, DOING BUSINESS AS GREEN HARVESTER & IMPLEMENT Co., *v.* ALLIS-CHALMERS MANUFACTURING Co.  C. A. 4th Cir.  Certiorari denied.  *C. T. Graydon* for petitioner.  *Edward W. Mullins* for respondent.

No. 164.  GILLIS, DOING BUSINESS AS GILLIS VAN SERVICE, ET AL. *v.* KEYSTONE MUTUAL CASUALTY Co. ET AL.  C. A. 6th Cir.  Certiorari denied.  *J. A. Edge* for petitioners.

No. 166.  VILLAGE OF HIGHLAND FALLS *v.* UNITED STATES.  Court of Claims.  Certiorari denied.  *Abraham Kopald, I. H. Wachtel* and *Harry I. Rand* for petitioner.  *Solicitor General Perlman* and *Assistant Attorney General Vanech* for the United States.

No. 167.  ZIEGLER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Charles H. Carr* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Campbell, Stanley M. Silverberg* and *Robert S. Erdahl* for the United States.

No. 170.  PARK-IN THEATRES, INC. *v.* LOEW'S DRIVE-IN THEATRES, INC.  C. A. 1st Cir.  Certiorari denied.